# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WILLIAM P. ESSER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation and foreign insurance company doing business in the State of Washington,<br><br>Defendant. | No. 2:18-cv-01596-RSL<br><br>[PROPOSED]<br>ORDER OF DISMISSAL WITH PREJUDICE |

On the Joint Stipulation of the parties, this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

IT IS SO ORDERED this 1st day of August, 2019.

_____
Honorable Robert S. Lasnik
United States District Judge

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE – 1
Case No. 2:18-cv-01596-RSL

Mix Sanders Thompson, PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Tel: 206-521-5989
Fax: 888-521-5980